United States District Court
Southern District of Texas

**ENTERED**

March 03, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| DIANA ROCIO MEDINA SANTA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00306 |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of her detention in federal immigration custody. Petitioner names U.S. Immigration and Customs Enforcement (ICE) and the U.S. Department of Homeland Security (DHS) as Respondents.[1]

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than March 11, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than March 18, 2026**.[2]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), and its attachments, on Respondents via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

- Respondent ICE may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent DHS may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

---

[1] While the Petition does not list Respondents in the caption, the Court notes that Petitioner filed certificates of service addressed to these two agencies and construes Petitioner's petition as naming these agencies as Respondents. (*See* Dkt. No. 1-2 at 3–4).

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to her address on file with the Court, Laredo Detention Center, 4702 E. Saunders St., Laredo, TX 78401.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on March 3, 2026.

John A. Kazen
United States District Judge